**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Jeremy Ray ROBERTS,** Defendant–Appellant.

No. 10–12479
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 10, 2011.

Steven E. Butler, Assistant U.S. Attorney, Donna Barrow Dobbins, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Paul David Brown, Attorney at Law, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

Paul Brown, appointed counsel for Jeremy Ray Roberts in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Roberts's conviction and sentence are **AFFIRMED.**